IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**OMAR L. NELSON**     **PLAINTIFF**

v.     **CAUSE NO. 1:14CV374-LG-RHW**

**PEARL RIVER COUNTY
SHERIFF'S DEPARTMENT, et al.**     **DEFENDANTS**

## JUDGMENT

This matter having come on to be heard on the Report and Recommendation [20] entered by United States Magistrate Judge Robert H. Walker, the Court, after a full review and consideration of the Report and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation [20] entered by United States Magistrate Judge Robert H. Walker, be, and the same hereby is, **ADOPTED** as the finding of this Court.  The plaintiff's cause of action is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 16th day of July, 2015.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge